# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| LADARIUS INGRAM, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Docket No. 3:23-cv-02120 |
| FEDERAL EXPRESS CORPORATION, | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF REMOVAL

Defendant Federal Express Corporation ("FedEx") hereby removes Case No. DC2309594 from the District Court of Dallas County, Texas to the United States District Court for the Northern District of Texas, Dallas Division, pursuant to 28 U.S.C. §§ 1331 and 1367, and as grounds for its removal states as follows:

## STATEMENT OF THE CASE

1. On July 14, 2023, Plaintiff Ladarius Ingram ("Plaintiff") filed his Complaint in the District Court of Dallas County, Texas styled *Ladarius Ingram v. Federal Express Corporation*, Case No. DC2309594 (the "State Action"). A copy of the Complaint is attached hereto as **Exhibit A**.

2. Federal Express Corporation was served with the summons and Complaint on August 30, 2023.

3. The Complaint purports to assert claims for employment discrimination under Title VII of the Civil Rights Act of 1964 ("Title VII") and a defamation claim, each arising from Plaintiff's employment with FedEx.

**FEDERAL QUESTION JURISDICTION UNDER 28 U.S.C. § 1331**

4. Jurisdiction exists under 28 U.S.C. § 1331 because Plaintiff asserts claims under Title VII, a federal anti-discrimination statute over which this Court has original jurisdiction. *See* Plaintiff's Complaint at Count I.

**SUPPLEMENTAL JURISDICTION UNDER 28 U.S.C. § 1367**

5. Additionally, having original jurisdiction based on Plaintiff's federal claims, the Court may exercise supplemental jurisdiction under 28 U.S.C. § 1367(a) over Plaintiff's defamation claim because it arises from a common nucleus of facts and is directly related to the claims over which the Court has original jurisdiction

**ALL PROCEDURAL REQUIREMENTS FOR REMOVAL SATISFIED**

6. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings, and orders from the State Action which have been served on FedEx are being filed with this Notice of Removal. Additionally, FedEx will serve written notice upon Plaintiff and file a Notice of Filing Notice of Removal with the state court as provided in 28 U.S.C. § 1446(d).

7. This Notice of Removal has been filed within 30 days of the date FedEx was served with the summons and Complaint in this matter. Removal is therefore timely in accordance with 28 U.S.C. § 1446(b).

8. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because the United States District Court for the Northern District of Texas is the federal judicial district embracing the District Court of Dallas County, Texas, where the State Action was originally filed.

**WHEREFORE,** Defendant FedEx hereby removes the above-styled civil action to this Court as set forth herein.

Dated:  September 22, 2023.

        Respectfully submitted,

        */s/ Eva W. Turner*
Eva W. Turner
Texas State Bar No. 24051485
eva.turner@ogletree.com
Molly Ann Lawrence
Texas State Bar No. 24083365
mollyann.lawrence@ogletree.com
**OGLETREE, DEAKINS, NASH,**
  **SMOAK & STEWART, P.C.**
8117 Preston Road, Suite 500
Dallas, TX 75225
P:  214-987-3800
F:  214-987-3927

Brandon D. Pettes
Texas State Bar No. 24120527
brandon.pettes@fedex.com
**FEDERAL EXPRESS CORPORATION**
3620 Hacks Cross Road
Building B, 2nd Floor
Memphis, TN 38125
P:  901-434-8537
F:  901-434-9287

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 22, 2023, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Marc A. Bozeman, Esq.
5499 Braes Valley, No 462
Houston, TX 77096
*Counsel for Plaintiff*

                                /s/Eva W. Turner
                                EVA W. TURNER